UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR L. JORDAN, SR., | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:10-CV-1293 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JAMES MASTERSON, et al. | : | MAY 21, 2012 |
| Defendants. | : | |

**RULING RE: DEFENDANTS' MOTION TO AMEND COMPLAINT (DOC. NO. 78)**

Plaintiff's Motion is granted in part. The Complaint is amended to add a request for compensatory damages and punitive damages as to defendants Masterson, Pinto, Martin, Rivera, Ponzillo, and Deely. Defendants McKnight, Distefano, and Brown have been dismissed. See Doc. No. 75. The Motion is denied in part as to the dismissed defendants and as to amending the Complaint to add a request for injunctive relief. See Pimentel v. Deboo, 411 F. Supp. 2d 118, 125 (D. Conn. 2006) ("The only relief available in a Bivens action is an award of damages from the defendant.") (citing Polanco v. DEA, 158 F.3d 647, 652 (2d Cir. 1998)).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 21st day of May, 2012.

　　　　　　　　　　　　　　　　　　　 /s/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　United States District Judge